**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 08-1601**

DORA ADKINS,

Plaintiff - Appellant,

v.

FAIRFAX COUNTY SCHOOL BOARD; DANIEL G. STORCK, sued in his
capacity as Chairman of the Fairfax County School Board,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria. James C. Cacheris, Senior
District Judge. (1:08-cv-00091-JCC-JFA)

Submitted: October 14, 2008          Decided: October 16, 2008

Before KING, GREGORY, and AGEE, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Dora Adkins, Appellant Pro Se.  Jill Marie Dennis, HUNTON &
WILLIAMS, LLP, McLean, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Dora Adkins appeals the district court's order dismissing her civil action alleging claims under the Americans with Disabilities Act. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Adkins v. Fairfax County Sch. Bd., No. 1:08-cv-00091-JCC-JFA (E.D. Va. May 15, 2008). We deny Adkins' motions "to accelerate" as moot and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2